No. 4,221.—BARCLAY–BOOTH ABSTRACT CO., RE-
SPONDENT, *v.* R. D. LEGGAT, APPELLANT.

*Appeal from District Court, Silver Bow County; J. J. Lynch, Judge.*

Decided May 27, 1920.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is dismissed.

*Messrs. Frank & Gaines,* for Appellant.

*Messrs. Nolan & Donovan,* for Respondent.

---

No. 4,649.—STATE EX REL. JOHN G. BROWN, RELATOR, *v.* GEO. P. PORTER, STATE AUDITOR, RESPONDENT.

Original application for Writ of Mandate to compel respondent to issue a warrant in payment of services rendered by relator as attorney for the State Board of Equalization.

Decided May 28, 1920.

PER CURIAM.—The application of relator for writ of mandate is denied, the court being of opinion that application for relief should be made to the district court.